IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKEY LOUIS ALFORD aka
MORRIS DAY,

      Plaintiff,                  No. CIV S-05-1057 DFL DAD P

   vs.

DAVINA TICHEN, et. al.,

      Defendants.          <u>ORDER</u>

_____/

      Plaintiff, a state prisoner proceeding pro se, commenced this action by filing a civil rights complaint on May 27, 2005. On June 14, 2005, the court ordered plaintiff to pay the required filing fee of $250.00. He has not paid the filing fee but has filed a document titled "Ex Parte Application Morris Day/R.L. Alford Release, No Parole; General Relief Plan Until Contacts with Jet Ebony 8 Warner Brother Com Comp. Through Copyright Attorney."

      Plaintiff's application will be denied for two reasons. First, the court is unable to address the merits of plaintiff's legal claims until the filing fee issue has been resolved. Second, when a state prisoner seeks release from confinement, his sole federal remedy lies in habeas corpus proceedings. See <u>Preiser v. Rodriguez</u>, 411 U.S. 475, 500 (1973).

/////

1

1        Accordingly, IT IS HEREBY ORDERED that plaintiff's June 20, 2005 ex parte

2  application is denied.

3  DATED: June 27, 2005.

```
                         Dale A. Drozd
                         _____
                         DALE A. DROZD
                         UNITED STATES MAGISTRATE JUDGE
```

7  DAD:13
   day1057.app